

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

John Frankie Smith,                    * From the 104th District Court
                                         of Taylor County,
                                         Trial Court No. 23352-B.

Vs. No. 11-22-00224-CR                 * February 15, 2024

The State of Texas,                    * Memorandum Opinion by Williams, J.
                                         (Panel consists of: Bailey, C.J.,
                                         Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, we modify the trial court's judgment to reflect the degree of the offense to be "Third-Degree Felony," and "Statute for Offense" to be "43.26(a), (d) Penal Code." As modified, we affirm the judgment of the trial court.